# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2021 WY 91

*April Term, A.D. 2021*

**August 11, 2021**

CHRISTOPHER LANE CARSON,

**Appellant**
**(Defendant),**

**v.**                                                          S-21-0091

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Appellant entered an unconditional "no contest" plea to felony driving while under the influence, a fourth or subsequent offense in ten years. Wyo. Stat. Ann. § 31-5-233.  The district court imposed a three to five-year sentence.  Appellant filed this appeal to challenge the district court's February 4, 2021, Sentencing Order.

[¶2]    On June 8, 2021, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that, on or before July 23, 2021, Appellant "may file with this Court a *pro se* brief which specifies the issues for the Court to consider in this appeal."  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw, and if appropriate, make a final decision" on this appeal.  This Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]   Now, following a careful review of the record and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's Sentencing Order should be affirmed.

[¶4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Christopher Lane Carson, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]   **ORDERED** that the Carbon County District Court's February 4, 2021 Sentencing Order be, and the same hereby is, affirmed.

[¶6]   **DATED** this 11th day of August, 2021.

**BY THE COURT:**

/s/

**KATE M. FOX**
**Chief Justice**
